United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 8, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-31192
Summary Calendar

_____

JAMES M. THOMPSON,

Plaintiff-Appellant,

versus

AMF BOWLING CENTERS, INC.,
doing business as AMF
Allstar Lanes,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:04-CV-712-T

_____

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court in its order of November 3, 2004. Thompson's claim is for negligent use or custody of the stool, and not for strict liability.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.